# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division



FILED

JUN 12 2019

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

ROBERT CHARLES GERKE,        )
                                   )
         Plaintiff,             )
                                     )
v.                                     )       Civil Action No. 3:19CV147–HEH
                                     )
DAVID CALL, *et al.*,          )
                                     )
         Defendants.        )

## <u>MEMORANDUM OPINION</u>
### (Dismissing Action Without Prejudice)

By Memorandum Order entered on May 8, 2019, the Court directed Plaintiff to pay an initial partial filing fee of $6.80 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                            _____ /s/ _____
                            HENRY E. HUDSON
                            SENIOR UNITED STATES DISTRICT JUDGE

Date: June 12, 2019
Richmond, Virginia